USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSHUA ROSNER,                          :
                                        :     **ORDER**
                   Plaintiff,           :
                                        :     16-CV-7256 (JGK) (JLC)
        -v-                             :
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                   Defendant.           :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

The Court has received a letter dated March 14, 2021 from the pro se plaintiff in this case. The letter encloses certain documents that he wishes to have filed under seal. The Court will docket the letter as an attachment to this order, but will not file the documents submitted at this time, under seal or otherwise. While plaintiff reports that the documents are "material to the issues of the case and may be determinative of issues on summary judgment," there is no motion for summary judgment pending at this time. If such a motion is eventually made, consistent with Judge Koeltl's individual rules, and plaintiff wishes to include these documents as part of the summary judgment papers, he may apply to the Court at that time to file

the documents under seal at that time. The Court will accordingly return these documents to plaintiff by mail at this time.

**SO ORDERED.**

Dated: March 26, 2021
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed to:**

Joshua Rosner
151 1st Avenue, Box 231
New York, NY 10003

Joshua Rosner
Plaintiff, Pro Se
151 1st Avenue, Box 231
New York, NY 10003

March 14, 2021

Honorable James L. Cott,
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10009

Case No. 1:16-cv-07256 (JLC)

Dear Judge Cott,

I am a pro se plaintiff in the above captioned matter. As a pro se litigant I am not sure how to file the enclosed documents under seal.

The 2007 documents have been the subject of multiple discovery and FOIA requests that were previously denied by the Government and the Service and the responsive documents have been withheld from me.

I have just obtained these documents independently and wish to disclose them under seal as they are material to the issues of the case and may be determinative of issues on summary judgment. They contain taxpayer return information as described in 26 U.S. Code § 6103.

With the Court's guidance and assistance I would like to have them uploaded to ECF under seal. A copy has also been provided to the Government which is also included on this letter disclosure and request.

1

Most Respectfully,

Joshua Rosner
(Plaintiff, Pro Se)

Enclosures:

| | ORIGINAL RETURN & CLAIM SENT | ORIGINAL RETURN & REFUND CLAIM RECEIVED | ORIGINAL NOTICE OF DISALLOWANCE | APPEAL FILED BY ACCOUNTANT | APPEAL FINAL RESOLUTION |
|---|---|---|---|---|---|
| 2006 | 3/2/13 | 3/4/2013 (PLA 001) | 1/3/2014 (PLA 003-PLA 007) | 1/20/2014 (PLA 018) | 9/21/2015 (PLA 021) |
| 2007 | 3/2/13 | GOVERNMENT REFUSED TO PRODUCE | 5/13/2013 (PLA 008-PLA 012) | 5/16/2013 (PLA 019) | 5/29/2014 (PLA 022) |
| 2008 | 3/2/13 | 3/6/2013 (PLA 002) | 9/16/2014 (PLA 013-PLA 017) | 9/23/2014 (PLA 020) | AFTER 11/14/2014 (PLA 023-PLA 025) |

CC:

Charles S. Jacob
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007


Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., 1030
New York, NY 10007-131