```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

Copy mailed to pro se party(ies) at docket address

JOSHUA ROSNER,

          Plaintiff,

- against -

UNITED STATES OF AMERICA,

          Defendant.

16 Civ. 7256 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit their motions for summary judgment by October 29, 2021. Responses are due on November 29, 2021. Any replies are due on December 17, 2021.

SO ORDERED.

Dated:    New York, New York
           September 13, 2021

                                          John G. Koeltl
                                  United States District Judge