

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 17, 2021

**VIA ECF**
The Honorable John G. Koeltl
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Rosner v. United States*, 16 Civ. 7256 (JGK) (JLC)

Dear Judge Koeltl:

This Office represents the United States of America in the above-referenced action. On behalf of the parties, we write concerning a protocol for any motion to seal filed by Plaintiff in connection with information or records marked confidential under the protective orders in this action. Specifically, the Government has informed Plaintiff that it may cite information in its summary judgment papers that, during discovery, was designated as confidential under the protective orders in this case. Plaintiff has advised the Government that he may ask the Court to seal that information and/or documents.

In order to streamline these confidentiality issues for the Court, and to provide sufficient time for Plaintiff to review any specific information cited in the Government's relevant submissions, the parties respectfully request that the Government be permitted to file material designated as confidential under a protective order provisionally under seal in connection with the upcoming summary judgment motion practice. Plaintiff requests a deadline of January 17, 2022, to file a motion to seal or to inform the Court that he does not object to the unsealing of any materials filed provisionally under seal by the Government. The Government consents to that requested deadline.

The Government is, of course, mindful of the principles governing the public's right to access to evidence submitted in connection with summary judgment motions, and may contest a motion to seal documents from public view.

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

9/17/21

We thank the Court for its consideration of this request.

                                        ILAN T. GRAFF
                                        Attorney for the United States,
                                        Acting Under Authority Conferred by
                                        28 U.S.C. § 515

By:   /s/ Charles S. Jacob
        CHARLES S. JACOB
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, NY 10007
        Tel: (212) 637-2725
        Fax: (212) 637-2702
        charles.jacob@usdoj.gov

cc: *Pro se* Plaintiff (via U.S. mail and email)